IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01071-BNB

HOWELL FRANKLIN ROBERTS, III,

    Plaintiff,

v.

MICA SIMPLEMAN, Individual Capacity, Acting Parole Officer,
JOE WHITE, Individual Capacity, Acting Parole Officer Supervisor,
CELESTE M. CDEBACA, Individual Capacity, Acting A.H.O.,
JAMES W. DIXON, Individual Capacity, Acting Denver Police Officer,
RYAN McGINTY, Individual Capacity, Acting Denver Police Detective,
VERNE VINCENT, Individual Capacity, Acting Parole Board Member,
DEBORAH ALLEN, Individual Capacity, Acting Parole Board Member, and
CHRISTINE MOSCHETTI, Individual Capacity, Acting Time Comp Manager,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion for Service of Complaint by the U.S. Marshals," filed on June 25, 2007, is DENIED as unnecessary.

Dated: June 26, 2007

---

Copies of this Minute Order mailed on June 26, 2007, to the following:

Howell Franklin Roberts, III
Prisoner No. 1538268
Denver County Jail
PO Box 1108
Denver, CO 80201

                                              Secretary/Deputy Clerk

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 6 2007

GREGORY C. LANGHAM
                   CLERK