IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01071-ZLW

HOWELL FRANKLIN ROBERTS, III,

        Plaintiff,

v.

MICA SIMPLEMAN, Individual Capacity, Acting Parole Officer,
JOE WHITE, Individual Capacity, Acting Parole Officer Supervisor,
CELESTE M. CDEBACA, Individual Capacity, Acting A.H.O.,
JAMES W. DIXON, Individual Capacity, Acting Denver Police Officer,
RYAN MCGINTY, Individual Capacity, Acting Denver Police Detective,
VERNE VINCENT, Individual Capacity, Acting Parole Board Member,
DEBORAH ALLEN, Individual Capacity, Acting Parole Board Member, and
CHRISTINE MOSCHETTI, Individual Capacity, Acting Time Comp Manager,

        Defendants.

## ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

        Plaintiff submitted a Notice of Appeal on August 9, 2007 . The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**     **Filing Fee**
          X    is not submitted

**(B)**     **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
          X    is not submitted
          ___  is missing affidavit
          ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
          ___  is missing required financial information

  __ is missing an original signature by the prisoner
  __ is not on proper form (must use the court's current form)
  __ other_____

Accordingly, it is

  ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

  FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

  FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

  DATED at Denver, Colorado this __14__ day of _____August_____, 2007.

          BY THE COURT:

          _____
          ZITA L. WEINSHIENK, Senior Judge
          United States District Court